UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| BRADLEY T. BLAZEVIC, | Civil No. 11-3588 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

_____

Bradley T. Blazevic, 28574 Tiger Street NW, Zimmerman, MN 55398, pro se plaintiff.

David Fuller, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Chief Magistrate Judge Arthur J. Boylan, dated June 22, 2012 [Docket No. 10]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** for failing to prosecute in compliance with the Court's Order to Take Action date April 25, 2012.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 18, 2012
at Minneapolis, Minnesota                    s/John R. Tunheim
                                                                     JOHN R. TUNHEIM
                                          United States District Judge